Rel: September 12, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2025

SC-2024-0670

Christi Black v. John Stevens (Appeal from Montgomery Circuit Court:
CV-23-901562).

McCOOL, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and Mendheim, JJ., concur.